CLOSED, BKREF, ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:10−cv−08488−VM
*Internal Use Only*

LNR Partners, LLC et al v. CRES Investment No. II, LP  
Assigned to: Judge Victor Marrero  
Case in other court:  Supreme Court−New York, 651850−10  
Cause: 28:1441 Notice of Removal

Date Filed: 11/10/2010  
Date Terminated: 11/10/2010  
Jury Demand: None  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity

**Plaintiff**

**LNR Partners, LLC**

**Plaintiff**

**LNR Securities Holdings, LLC**

V.

**Defendant**

**CRES Investment No. II, LP**    represented by    **Terrence Joseph Connolly**  
Latham &Watkins, LLP  
885 Third Avenue, Suite 1000  
New York, NY 10022  
212−906−1200  
Fax: 212−751−4864  
Email: terrence.connolly@lw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Adam Justin Goldberg**  
Latham &Watkins LLP  
885 Third Avenue, Suite 1000  
New York, NY 10022  
(212) 906−1200  
Fax: (212) 751−4864  
Email: adam.goldberg@lw.com  
*ATTORNEY TO BE NOTICED*

**Christopher R. Harris**  
Latham &Watkins, LLP  
885 Third Avenue, Suite 1000  
New York, NY 10022  
212−906−1200  
Fax: 212−751−4864  
Email: christopher.harris@lw.com  
*ATTORNEY TO BE NOTICED*

**John Charles Molluzzo**  
Latham &Watkins ,LLP  
885 Third Avenue, Suite 1000  
New York, NY 10022  
(212)−906−1200  
Fax: (212)−751−4864  
Email: john.molluzzo@lw.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |

| 11/10/2010 | 1 | NOTICE OF REMOVAL from State Court–Supreme, County of New York. Case Number: 651850–10. (Filing Fee $ 350.00, Receipt Number 920694).Document filed by CRES Investment No. II, LP. (Attachments: # 1 Exhibit A, # 2 Exhibit B PART 1, # 3 Exhibit B PART 2, # 4 Exhibit C pages 1–50, # 5 Exhibit C pages 51–100, # 6 Exhibit C pages 101–150, # 7 Exhibit C Part 2, # 8 Exhibit C Last Part)(ama) (Entered: 11/15/2010) |
|---|---|---|
| 11/10/2010 | | Magistrate Judge Debra C. Freeman is so designated. (ama) (Entered: 11/15/2010) |
| 11/10/2010 | | Case Designated ECF. (ama) (Entered: 11/15/2010) |
| 11/10/2010 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by CRES Investment No. II, LP.(ama) (Entered: 11/15/2010) |
| 11/10/2010 | 3 | DUPLICATE ORIGINAL ORDER REFERRING CASE to Bankruptcy Court as related to Bankruptcy Court Case No. 10–13800. Pursuant to Section 157(a) of the Bankruptcy Amendments and Federal Judgeship Act of 1984, any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 are referred to the bankruptcy judges for this district. (See M–10–468 Order Dated July 10, 1984) (Signed by Judge Robert J. Ward on 7/10/84) (laq) (Entered: 11/17/2010) |
| 11/10/2010 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States Bankruptcy Court – Southern District of Bankruptcy on 11/17/10. (laq) (Entered: 11/17/2010) |