UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>INNKEEPERS USA TRUST, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 10-13800 (SCC)<br>(Jointly Administered) |
| LNR PARTNERS, LLC AND LNR SECURITIES HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CRES INVESTMENT NO. II, LP,<br><br>Defendant. | Adv. Pro. No. 10-04237(SCC) |

**ORDER DENYING PLAINTIFFS' MOTION**
**FOR PRELIMINARY INJUNCTIVE RELIEF**

Having considered the Plaintiffs' Application for Preliminary Injunctive Relief (the "Motion"), and a hearing on the Motion having been held on December 16, 2010 (the "Hearing"), and the Court having considered all the papers filed in support thereof, and in opposition thereto, and due and adequate notice of the Motion having been given, and no further notice being necessary, it is hereby ORDERED that, for the reasons set forth on the record at the Hearing, the Motion is DENIED.

Dated: New York, New York
       December 21, 2010

                                            ___/s/ Shelley C. Chapman___
                                            Honorable Shelley C. Chapman
                                            United States Bankruptcy Judge