# HERRICK

NEW YORK
NEWARK
PRINCETON

LAUREN K. PODESTA
ASSOCIATE
Direct Tel:   973.274.2039
Direct Fax:  973.274.6442

Email: lpodesta@herrick.com

January 18, 2011

**VIA CM/ECF and FIRST CLASS MAIL**

Honorable Shelley C. Chapman, U.S.B.J.
United States Bankruptcy Court for the
 Southern District of New York
One Bowling Green
Courtroom 610
New York, New York  10004-1408

      Re:    In re Innkeepers USA Trust, et al.
                Case No.: 10-13800 (SCC)

                LNR Partners, LLC and LNR Securities Holdings, LLC
                v. CRES Investment No. II, LP
                Adv. Pro. No. 10-04237 - SCC

Dear Judge Chapman:

      As you may recall, this firm represents plaintiffs LNR Partners, LLC ("LNR") and LNR Securities Holdings, LLC ("LNRSH") (collectively "Plaintiffs") in the above-referenced Adversary Proceeding. I write to advise the Court that the parties have agreed to revise the supplemental briefing schedule on CRES's motion to dismiss the Complaint, as follows:

1. CRES filed and served its supplemental brief on January 10, 2011;
2. Plaintiffs will file and serve their response brief by February 2, 2011; and
3. CRES will file and serve its reply brief by February 14, 2011.

      Thank you and please do not hesitate to contact me if you would like to discuss this schedule.

                                                   Respectfully submitted,

                                                   Lauren K. Podesta

cc:    David M. Friedman, Esq. (via email)
         Michele L. Angell, Esq. (via email)

HERRICK, FEINSTEIN LLP
A New York limited
liability partnership
including New York
professional corporations

ONE GATEWAY CENTER, NEWARK, NJ 07102 • TEL 973.274.2000 • FAX 973.274.2500 • www.herrick.com