# HERRICK

NEW YORK

NEWARK

PRINCETON

LAUREN K. PODESTA
ASSOCIATE
Direct Tel:   973.274.2039
Direct Fax:  973.274.6442

Email:  lpodesta@herrick.com

February 6, 2012

**VIA FEDERAL EXPRESS**

Honorable Shelley C. Chapman, U.S.B.J.
United States Bankruptcy Court for the
 Southern District of New York
One Bowling Green
Courtroom 610
New York, New York  10004-1408

Re:   In re Innkeepers USA Trust, et al.
      Case No.: 10-13800 (SCC)

      LNR Partners, LLC and LNR Securities Holdings, LLC
      v. CRES Investment No. II, LP
      Adv. Pro. No. 10-04237 - SCC

Dear Judge Chapman:

As you may recall, this firm represents plaintiffs LNR Partners, LLC ("LNR") and LNR Securities Holdings, LLC ("LNRSH") (collectively "Plaintiffs") in the above-referenced Adversary Proceeding. I write to advise the Court that the parties have agreed to revise the briefing schedule on CRES's motion to vacate Plaintiffs' notice of voluntary dismissal, as follows:

1. CRES filed and served its motion to vacate Plaintiffs' notice of voluntary dismissal on January 19, 2012;

2. Plaintiffs will file and serve their opposition by February 16, 2012; and

3. CRES will file and serve its reply by March 1, 2012.

Thank you and please do not hesitate to contact me if you would like to discuss this schedule.

Respectfully submitted,

Lauren K. Podesta

Lauren K. Podesta

cc:   David M. Friedman, Esq. (via e-mail)
      Scott T. Tross, Esq. (via e-mail)

HERRICK, FEINSTEIN LLP
A New York limited
liability partnership
including New York
professional corporations

ONE GATEWAY CENTER, NEWARK, NJ 07102 • TEL 973.274.2000 • FAX 973.274.2500 • www.herrick.com